**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Sunergy California LLC
**Adversary Title:** Spacone v. Kuehne + Nagel, Inc.

**Case No.:** 21-20172 - C - 11
**Adv No.:** 23-02007

**Docket Control No.** CAE-1
**Date:** 03/29/2023
**Time:** 1:30 PM

**Matter:** Status Conference Re: Complaint - [1] - (12 (Recovery of money/property - 547 preference)) : Complaint 23-02007 by Hank M. Spacone against Kuehne + Nagel, Inc.. (Fee Paid $350.00) (eFilingID: 7176901) (shbs)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Not Recorded**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Status conference concluded; Notice of Dismissal entered March 9, 2023 (dkt. 9).